UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAREE BUTLER,

        Plaintiff,

    v.

CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT and OFFICER MICHELLE PEREZ,

        Defendants.
_____/

NO. CIV. S-07-755 LKK/DAD

O R D E R

    The court is in receipt of the parties' request to continue the status conference currently set for July 2, 2007. Defendants' motion to dismiss is set to be heard on July 30, 2007. Due to constraints in the court's schedule, both the hearing and the status conference are continued. The court hereby orders as follows:

    1.    The hearing on defendants' motion to dismiss, currently set for July 30, 2007, is hereby CONTINUED to August 3, 2007 at 1:30 p.m. in Courtroom Four. Plaintiff's opposition brief, or statement of non-opposition, shall

1

1        be filed no later than July 16, 2007.  Defendants' reply
2        brief, if any, shall be filed by July 23, 2007.
3   2.   The status conference, currently set for July 2, 2007 is
4        hereby CONTINUED to August 3, 2007 at 1:30 p.m. where it
5        will be called at the conclusion of the court's law and
6        motion calender.
7   IT IS SO ORDERED.
8   DATED:  June 26, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2