**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone: 530.759.0700**
   **Facsimile:  530.759.0800**

Attorney for Plaintiff
SHAREE BUTLER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHAREE BUTLER,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, and OFFICER MICHELLE PEREZ,<br><br>          Defendants. | **Case No.   S 07-755  LKK-DAD**<br><br>**STIPULATION AND ORDER TO RESCHEDULE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR ADJUDICATION** |

     It is hereby stipulated and agreed to between plaintiff, SHAREE BUTLER, through her counsel of record, Joseph J. Wiseman and Defendants, CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, and OFFICER MICHELLE PEREZ, through their counsel of record, Sheri M. Chapman, Senior Deputy City Attorney, that the hearing date for Defendant's Motion for Summary Judgment or Adjudication, now scheduled for August 25, 2008, at 10:00 a.m., be rescheduled to October 6, 2008, at 10:00 a.m.

     The parties are entering this stipulation, and requesting the Court to accept it, on the grounds that plaintiff's counsel is scheduled to begin trial on August 26, 2008 in the United States Bankruptcy Court for the Southern District of New York before the Honorable James M. Peck, in *In re Merner*, Adversary Case No. 07-01734. This trial was set by the Court on June 17, 2008, well before Defendants filed their motion for Summary Judgment on July 24, 2008.

1

Stipulation And Proposed Order To Reschedule                                                     Case No.  S 07-755 LKK-DAD
Hearing on Defendant's Motion For Summary Judgment
Or Adjudication

1    Plaintiff's counsel is scheduled to leave for New York from San Francisco on Virgin
2 Airlines on August 25, 2008 at 1:35 p.m., and will not be able to attend the hearing on
3 Defendants' motion and arrive in San Francisco in time to make the flight to New York.
4    In entering this Stipulation, the parties are aware of the dates included in the Pretrial
5 Scheduling Order and do not believe any other date will need to be altered.

Dated:  August 14, 2008                                  Respectfully submitted,

JOSEPH J. WISEMAN, P.C.

By:  /s/  Joseph J. Wiseman
JOSEPH J. WISEMAN
Attorney for Plaintiff,
SHAREE BUTLER


EILEEN M. TEICHERT
City Attorney

By:  /s/  Sheri Chapman
SHERI M. CHAPMAN

Attorney for Defendants
CITY OF SACRAMENTO,
SACRAMENTO POLICE DEPARTMENT,
and OFFICER MICHELLE PEREZ


ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the hearing date for Defendant's Motion for Summary Judgment or Adjudication in the above-captioned case be continued to October 6, 2008, at 10:00 a.m.

Dated: August  15, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT